United States District Court
District of Massachusetts

Diana Patricia Perez Patino,    )
                                )
          Petitioner,           )
                                )
     v.                         )    Civil Action No.
                                )    26-13075-NMG
David Wesling, et al.,          )
                                )
          Respondents.          )
                                )

## ORDER

GORTON, J.

In consideration of respondents' Notice of Intent to Transfer (Docket No. 6) and petitioner's response (Docket No. 9), the Court will allow the government to transfer petitioner to the Strafford County Department of Corrections at its earliest convenience, with the understanding that 1) such transfer does not divest the Court of jurisdiction and 2) any subsequent transfer is subject to court approval in advance.

So ordered.

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 9, 2026

-1-