United States District Court
District of Massachusetts

```
                                    )
Diana Patricia Perez Patino,        )
                                    )
          Petitioner,               )
                                    )
     v.                             )      Civil Action No.
                                    )      26-13075-NMG
David Wesling, et al.,              )
                                    )
          Respondents.              )
                                    )
```

ORDER

GORTON, J.

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Diana Patricia Perez Patino ("Patino"). She contends that Antone Moniz and other named respondents ("respondents") have detained her in violation of her rights under the Fifth Amendment to the United States Constitution and she seeks an order of this Court directing the government either to release her or afford her a bond hearing pursuant to 18 U.S.C. §1226(a).

Respondents agree that petitioner is in custody pursuant to §1226(a) and is therefore entitled to bond hearing under that statutory provision. It is apparent from the petition, however, that Patino has yet to request such relief from the government. The petition for writ of habeas corpus (Docket No. 1) is therefore **DENIED** without prejudice. It may be refiled if and

-1-

when petitioner exhausts the administrative remedies afforded to her by §1226(a).

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: July 17, 2026

-2-